ALBERT BIRCH, Respondent, *v.* KAVANAUGH KNITTING COMPANY, Appellant.

*Birch* v. *Kavanaugh Knitting Co.*, 34 App. Div. 614, affirmed.
(Argued November 23, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edgar T. Brackett* for appellant.

*T. F. Hamilton* and *S. W. Russell, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN and VANN, JJ. Not voting: BARTLETT, J. Not sitting: LANDON, J.

---

GEORGE NEHER, Respondent, *v.* PETER BRUCKNER, Appellant.

*Neher* v. *Bruckner*, 36 App. Div. 625, affirmed.
(Argued November 23, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Robert E. Deyo* for appellant.

*Louis Wendel, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and LANDON, JJ. Not voting: VANN, J.

---

WILLIAM D. STROBEL et al., Appellants, Impleaded with Others, *v.* THE KERR SALT COMPANY, Respondent.

(Submitted December 3, 1900; decided December 7, 1900.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 303.)